DARRYL J. HOROWITT (SBN: 100898)
SHERRIE M. FLYNN (SBN: 240215)
Email: dhorowitt@ch-law.com
Email: sflynn@ch-law.com
**COLEMAN & HOROWITT, LLP**
499 W. Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

*Attorneys for Defendant Stratacache, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA MODUS, CORP., <br><br> Plaintiff, <br><br> v. <br><br> STRATACACHE, INC., <br><br> Defendant. | Case No.: 2:25-cv-11234-FMO-MAA <br><br> **DECLARATION OF CHRISTOPHER K. RIEGEL, CEO, STRATACACHE, INC.** <br><br> Hon. Fernando M. Olguin |

Pursuant to 28 U.S.C. § 1746, I, Christopher K. Riegel, CEO of Stratacache, Inc. ("Stratacache"), declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as follows:

1.     I am the Chief Executive Officer of Stratacache, Inc. I am a citizen of the State of Ohio, and I work primarily from Stratacache's headquarters in Dayton, Ohio. I make this declaration based on my personal knowledge of Stratacache's business operations, and I am competent to testify to the matters stated herein.

2.     Stratacache is incorporated under the laws of the State of Ohio, with its principal place of business located at Stratacache Tower, 40 N. Main St., Dayton, Ohio 45423. Stratacache does not maintain an office, warehouse, retail location, or other physical place of business in California.

1
DECLARATION OF CHRISTOPHER K. RIEGEL

3.      Stratacache does not own or lease real property in California.

4.      Stratacache utilizes third-party contractors to perform field installation and service work at customer sites. These contractors are not employees of Stratacache. Stratacache has not hired any field installation or service technicians as employees in Los Angeles County or anywhere else in California. No Stratacache employees regularly perform services for the company within California.

5.      All digital displays, tools, and spare parts required for installation or servicing are shipped directly to customer locations by Stratacache on an as-needed basis. Stratacache does not maintain inventory, storage facilities, or warehouses in California.

6.      The Accused Products are designed, developed, and managed from Stratacache's headquarters in Dayton, Ohio, and at other Stratacache locations which do not include California.

7.      All Stratacache employees with knowledge of the Accused Products and relevant technical documents are located in Ohio.

8.      Stratacache does not provide company vehicles to any third-party installation or service personnel in California. Any work associated with Stratacache products in California is performed by independent contractors who use their own vehicles and equipment.

9.      Stratacache has not maintained an office in California since approximately the year 2005. Stratacache has a wholly owned subsidiary who has a business location in San Jose, California, but it conducts business unrelated to the Accused Products. Any references on Stratacache's website to these offices are outdated and do not reflect current operations.

10.     The address cited in Plaintiff's Complaint at 818 W. 7th St., Los Angeles, CA 90017 does not correspond to any Stratacache place of business. Stratacache has never maintained a physical presence at 818 W. 7th St., does not control or lease that location, and does not conduct any business operations from

DECLARATION OF CHRISTOPHER K. RIEGEL

that address.

11.    Plaintiff's Complaint references an Indeed job listing and a page on Stratacache's corporate website (https://stratacache.com/en/company/) as evidence of California offices. I have reviewed both sources. The Indeed job listing provides the 818 W. 7th St. address but describes a remote position for a "Field Installation and Service Technician." The corresponding posting on LinkedIn confirms that the position is remote and not based at a fixed California location (https://www.linkedin.com/jobs/view/4320594965/?alternateChannel=search&trk=d_flagship3_company&refId=7kJXHiD%2FDo676DaPFpRsbw%3D%3D&trackingId=KWtUVQUekGrMiilbOUMlaQ%3D%3D). The address listed on the job postings does not reflect an actual, regular, or established Stratacache office in California. Stratacache did not establish a California office in connection with that posting and did not hire a California-based employee pursuant to it.

12.    Stratacache has not solicited or required its independent contractors to store Stratacache inventory, ship products, or maintain business operations from their personal residences in California. No Stratacache employees or contractors conduct permanent business operations on behalf of Stratacache from any fixed location in California.

13.    I have reviewed Plaintiff's Complaint and understand that it alleges Stratacache maintains a place of business in California. Based on the facts set forth above, these allegations are factually incorrect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of March, 2026, at Dayton, Ohio.

_____
Christopher K. Riegel
CEO
Stratacache, Inc.

3
DECLARATION OF CHRISTOPHER K. RIEGEL