NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

DARRYL J. HOROWITT (SBN: 100898)
dhorowitt@ch-law.com
SHERRIE M. FLYNN (SBN: 240215)
sflynn@ch-law.com
COLEMAN & HOROWITT, LLP
499 W. Shaw, Suite 116
Fresno, CA 93704
Telephone:  (559) 248-4820

ATTORNEY(S) FOR:  Defendant, Stratacache, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA MODUS, CORP. <br><br> Plaintiff(s), <br><br> v. <br><br> STRATACACHE, INC. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:25-cv-11234-FMO-MAA <br><br> **CERTIFICATION  AND  NOTICE** <br> **OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for            Defendant, Stratacache, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Stratacache, Inc. (Defendant) | Christopher K. Riegel / 100% owner |

March 5, 2026
Date

*[signature]*
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, Stratacache, Inc.

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**