Matthew C. Vella
State Bar No. 314548
mvella@princelobel.com
PRINCE LOBEL TYE LLP
357 S. Coast Hwy, 2nd Floor
Laguna Beach, CA 92651
Telephone: (617) 456-8191
Facsimile: (617) 456-8100

Christopher E. Hanba (pro hac vice)
Texas Bar No. 24121391
chanba@princelobel.com
PRINCE LOBEL TYE LLP
500 W. 5th Street, Suite 1205
Austin, Texas 78701
Telephone.: (512) 737-2414

[Additional Counsel Listed On Signature Page]

Attorneys for Plaintiff
ALPHA MODUS, CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA MODUS, CORP.,<br>Plaintiff,<br>v.<br>STRATACACHE, INC.,<br>Defendant. | Case No. 2:25-cv-11234-FMO-DMK<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Alpha Modus, Corp. ("Plaintiff"), by and through its undersigned counsel, hereby notifies the Court pursuant to Local Rule 40-2 that the parties have reached a settlement in principle resolving this action.

The parties are in the process of finalizing their written settlement agreement and completing the steps necessary to effectuate the settlement. The parties anticipate filing a stipulation of dismissal within thirty [30] days.

Accordingly, Plaintiff respectfully requests that the Court stay all pending deadlines and proceedings for thirty [30] days to permit the parties to finalize their settlement.

Dated: October 19, 2026

*/s/ Joshua G. Jones*

Christopher E. Hanba
(*pro hac vice* pending)
Texas Bar No. 24121391
chanba@princelobel.com
Ariana D. Pellegrino
(*pro hac vice* pending)
Michigan Bar No. P79104
apellegrino@princelobel.com
Joshua G. Jones
(*pro hac vice* pending)
Texas Bar No. 24065517
jjones@princelobel.com
Bryan D. Atkinson
(*pro hac vice* pending)
Texas Bar No. 24036157
batkinson@princelobel.com

PRINCE LOBEL TYE LLP
500 W. 5th Street, Suite 1205
Austin, Texas 78701
Tel.: (512) 737-2414

Matthew D. Vella
California Bar No. 314548
PRINCE LOBEL TYE LLP
357 S. Coast Hwy, 2nd Floor
Laguna Beach, CA 92651
Tel.: (617) 456-8191
Fax: (617) 456-8100

*Attorneys for Plaintiff*
*Alpha Modus, Corp.*